DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WENDY BARNETT, | ) |
| | ) CASE NO. 5:11-CV- 399 |
| Plaintiff, | ) |
| | ) |
| v. | ) <u>JUDGMENT ENTRY</u> |
| | ) |
| AULTMAN HOSPITAL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, judgment in this case is entered in favor of defendant Aultman Hospital. Each side to bear its own costs and attorney fees.

IT IS SO ORDERED.

| | |
|---|---|
| October 31, 2012 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |